UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22WI28 HEA |
| | ) |
| DEFENDANT, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the waiver of indictment/plea to an information hearing is set in this matter for January 25, 2023, is reset to February 13, 2023, at 1:00 p.m. in the courtroom of the undersigned

Dated this 24th day of January, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE